

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2021

No. 04-20-00355-CV

Forrest M. **MIMS,** Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN, TEXAS,**
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1304-CV-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellee's Motion for Extension of Time to File a Motion for Rehearing is hereby GRANTED. The appellee's motion for rehearing is due on or before September 6, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court